IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES EARL ROLLING, JR., (TDCJ-CID #1310830)<br>    Plaintiff,<br><br>vs.<br><br>DAVID P. WEEKS, *et al.*,<br><br>    Defendants. | §§§§§§§§§§ CIVIL ACTION H-07-1754 |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on June 28, 2007.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2007\07-1754.a01